UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   24-06249 |
| ZORAN MILOSAVLJEVIC | ) | |
| GEORGIA G MILOSAVLJEVIC, | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING THE RECORDING OF A SUBORDINATE MORTGAGE**

THIS CAUSE coming to be heard on the Motion of the Movant, Lakeview Loan Servicing, LLC, the Court having jurisdiction and being advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED:

That the Secretary of Housing and Urban Development or her duly authorized designee is authorized to record a subordinate mortgage securing a Partial HUD Claim against the property commonly known as: 603 S Edward St, Mount Prospect, IL 60056.

Enter:   David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  September 16, 2024

**Prepared by:**

Richard B. Aronow 3123969
Michael N. Burke 6291435
Amy A. Aronson 6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
24-101205