UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-06249 |
| Zoran Milosavljevic and | ) | |
|     Georgia G Milosavljevic | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter coming on for hearing upon the motion of Ally Bank for relief from the automatic stay,

IT IS ORDERED:

1. The motion is granted. The stay is modified so as not to restrain Ally Bank from pursuing in rem non-bankruptcy remedies as to one 2019 Mercedes-Benz Sprinter 2500 VIN WD4PF1CD2KP130492.

Enter:

*(signed) David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: April 14, 2025

**Prepared by:**

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net